JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK E., <br>     Plaintiff, <br>     v. <br> DR. KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br>     Defendant. | CASE NO. CV 21-281 AGR <br><br> JUDGMENT |

In accordance with the Memorandum Opinion and Order filed concurrently herewith,

IT IS HEREBY ADJUDGED that the judgment be entered for the defendant, the Commissioner of Social Security Administration.

DATED: August 29, 2022

_____
ALICIA G. ROSENBERG
United States Magistrate Judge